UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Andy Martin</u>

       v.                 Civil No. 11-cv-129-PB

<u>Jack Kimball, et al</u>


<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 6, 2011, for the reasons set forth therein. The plaintiff's motion for leave to file (DN 1), is denied without prejudice to plaintiff refiling an application with this court complying with the terms of the 1984 Order.

    SO ORDERED.


April 13, 2011                 /s/ Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge


cc: Andy Martin