UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andy Martin

    v.                       Case No. 11-cv-129-PB

Jack Kimball, et al.

### O R D E R

In an order denying the plaintiff leave to file without prejudice dated April 5, 2011, the court noted that should the plaintiff file a new motion for leave in the future, it must be accompanied by an <u>in forma pauperis</u> motion or a filing fee, the latter of which would be returned to him if leave to file was denied.  (Doc. No. 2).  A second application for leave to file was denied by endorsed order dated April 29, 2011, and judgment entered on April 30, 2011. (Doc. No. 8).  As the plaintiff submitted the $350 filing fee on March 21, 2011, the filing fee shall be returned to him as required by the court's order of April 5, 2011.

**SO ORDERED.**

                                        _____
                                        Daniel J. Lynch
                                        United States Magistrate Judge

Date:

cc:   Andy Martin, pro se
       Bonnie S. Reed, Financial Administrator